UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TINY MOORE MYERS,
    Plaintiff,

v.

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security Administration*,
    Defendant.

**JUDGMENT**

No. 7:16-CV-90-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-36] , grants the Defendant's Motion for Judgment on the Pleadings [DE-40] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 9/1/2017, *with electronic service* upon the following:

William L. Davis, III
*Plaintiff's counsel*

Peter Heinlein
*Defendant's counsel*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

September 1, 2017

/s/ *Shelia D. Foell*
Deputy Clerk of Court